# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kristina Aguilera,<br><br>                      Plaintiff,<br><br>      v.<br><br>Kilolo Kijakazi,<br><br>                      Defendant. | Case No. 2:21-cv-01992-BNW<br><br>**ORDER** |

The Court previously granted Plaintiff's application to proceed *in forma pauperis* (IFP) and screened her complaint. ECF No. 4. The Court dismissed the complaint without prejudice because it was unclear from the complaint whether she was seeking benefits under Title II and/or Title XVI of the Social Security Act. *Id.* Plaintiff filed a first amended complaint at ECF No. 6. In it, Plaintiff clarified this discrepancy. *See* ECF No. 6. Accordingly, IT IS ORDERED that

1. The Clerk of the Court must serve the Commissioner of the Social Security Administration by sending a copy of the summons and Complaint by certified mail to: (1) Office of Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear St., Suite 899, San Francisco, California 94105-1545; and (2) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Avenue, N.W., Room 4400, Washington, D.C. 20530.

2. The Clerk of Court must issue summons to the United States Attorney for the District of Nevada and deliver the summons and Complaint to the U.S. Marshal for service.

3. From this point forward, Plaintiff must serve on Defendant or, if appearance has been entered by an attorney, on the attorney, a copy of every pleading, motion or other document submitted for consideration by the Court. Plaintiff must include with the original

paper submitted for filing a certificate stating the date that a true and correct copy of the document was personally served or sent by mail to the defendant or counsel for the defendant. The Court may disregard any paper received by a district judge or magistrate judge that has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk that fails to include a certificate of service.

DATED: December 14, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE